Richard B. Specter, SBN 114090
Diane L. Ellis, SBN 130628
CORBETT, STEELMAN & SPECTER
A Professional Law Corporation
18200 Von Karman Avenue, Suite 900
Irvine, California 92612-1023
Telephone: (949) 553-9266
Facsimile: (949) 553-8454
rspecter@corbsteel.com

Attorneys for Plaintiff and Counter-Defendant
LOS ANGELES TURF CLUB, INCORPORATED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES TURF CLUB, INCORPORATED, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CUSHION TRACK FOOTING USA, LLC, PHILIP BOND, PAUL HARPER, EQUESTRIAN SURFACES INTERNATIONAL LTD, and EQUESTRIAN SURFACES USA LLC,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM AND THIRD-PARTY CLAIMS. | Case No.: CV08-03034 FMC (CWx)<br><br>Hon. Florence-Marie Cooper<br><br>**ORDER RE STIPULATION FOR PROTECTIVE ORDER** |

The Court having read and considered the "Stipulation for Protective Order" between the parties, hereby orders that the terms of the Stipulation are hereby APPROVED AND SO ORDERED.

//

//

IT IS FURTHER ORDERED that any motions filed pursuant to the Stipulation shall be filed under seal.

DATED: October 30, 2009

_____/S/_____
Hon. Carla Woehrle
United States Magistrate Judge