1 | HON. JOHN W. KENNEDY, JR. (RET.)
2 | JAMS
  | 500 North State College Boulevard
3 | Suite 600
  | Orange, CA 92868
4
5 | SPECIAL MASTER
6

FILED
CLERK, U.S. DISTRICT COURT

MAY 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7
8
9 | **IN PROCEEDINGS BEFORE JUDICIAL**
10 | **ARBITRATION AND MEDIATION SERVICES**
11
12 | LOS ANGELES TURF CLUB,
13 | INCORPORATED, a California
   | Corporation,
14
15 |                    Plaintiff,
16 |          vs.
17 | CUSHION TRACK FOOTING USA,
   | LLC, PHILIP BOND, PAUL HARPER,
18 | EQUESTRIAN SURFACES
   | INTERNATIONAL LTD, and
19 | EQUESTRIAN SURFACES USA LLC,
20 |                    Defendants.
21
22 | AND RELATED COUNTER-CLAIM.
23
24

JAMS Reference No.: 1230011463
Hon. John W. Kennedy, Jr. (Ret.)

United States District Court
Case No.: 2:08-CV-03034-~~JHN~~ (CWx)
GAF

[~~PROPOSED~~] JUDGMENT

25 | WHEREAS, all of the issues in this matter, including liability and damages,
26 | were submitted to the Hon. John W. Kennedy, Jr., Ret., as Master, as a general
27 | reference for all purposes, pursuant to *Federal Rules of Civil Procedure*, Rule 53,
28 | pursuant to this Court's Order dated May 17, 2011,

5785-001                                    -1-

1  WHEREAS, the Master, having submitted his Report, making findings of fact

2  and conclusions of law, and having ordered that summary judgment in favor of

3  Plaintiff and Counter-Defendant LOS ANGELES TURF CLUB, INCORPORATED, a

4  California Corporation ("LATC"), and against DEFENDANTS CUSHION TRACK

5  FOOTING USA, LLC, EQUESTRIAN SURFACES INTERNATIONAL LTD,

6  EQUESTRIAN SURFACES USA LLC, EQUESTRIAN SURFACES HOLDINGS,

7  LTD, and EQUESTRIAN SURFACES, LTD., be granted.

8

9  WHEREAS the Master's Order became the Order of the Court.

10

11  WHEREAS, this Judgment is entered in accordance therewith.

12

13  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

14  1. Plaintiff LOS ANGELES TURF CLUB, INCORPORATED, shall recover

15     from DEFENDANTS CUSHION TRACK FOOTING USA, LLC,

16     EQUESTRIAN SURFACES INTERNATIONAL LTD, EQUESTRIAN

17     SURFACES USA LLC, EQUESTRIAN SURFACES HOLDINGS, LTD,

18     and EQUESTRIAN SURFACES, LTD., and each of them, the sum of

19     $31,537,595.50; and

20

21  2. Plaintiff shall also recover from Defendants post-judgment interest on all

22     unpaid sums, at the rate of 0.12%, compounded annually, from the date of

23     entry of Judgment until the date of payment.

24

25

26  DATED: 5/22/13

27                                    Judge of the United States District Court

28

5785-001                              -2-

                                                        [Proposed Judgment]

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years, employed in the County of Orange in the office of a member of the Bar of the Court, at whose direction such service was made. I am not a party to the within action. My business address is 18200 Von Karman Avenue, Suite 900, Irvine, California 92612-1023.

On April 23, 2013, I served the foregoing document(s):

**[PROPOSED] JUDGMENT**

X      CM/ECF: I electronically transmitted the above-described document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to all registrants who are currently on the list to receive email notices for this case.

___      FAX by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

___      US MAIL by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail in Irvine, California addressed as set forth below. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of parties served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposition for mailing in affidavit.

X      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 23, 2013, at Irvine, California, 92612.

_____
Christine M. Vaughn

-1-